Fill in this information to identify the case:

Debtor 1   Deborah R Stanisz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN        District of   ILLINOIS
                                                                        (State)

Case number   18-16659

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   FREEDOM MORTGAGE CORPORATION,   Court claim no. (if known)   1-1

**Last four digits** of any number you use to identify the debtor's account:   XXXX6682

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of the last notice:  March 10, 2020

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | 12/2/2019, | (6) | $ 425.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify:  Sale Costs-FC Publication | 12/31/2019 | (11) | $ $575.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Deborah R Stanisz | | Case number (*if known*) | 18-16659 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Kinnera  Bhoopal            Date  3/25/2020
   Signature

Print:  Kinnera            Bhoopal            Title  Authorized Agent
        First Name    Middle Name    Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell            GA        30076
         City              State     ZIP Code

Contact phone  (312) 348-9088 X5172        Email  Kinnera.Bhoopal@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**In re:**       )
                 )  **Case No.** 18-16659
Deborah R Stanisz )  **Chapter** 13
                 )
                 )  **JUDGE:** JANET S. BAER
                 )

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Appraisal/Broker Price Opinion | | | $425.00 |
| 12/02/2019 | Appraisal Fee | $425.00 | |
| Other | | | $575.00 |
| 12/31/2019 | Sale Costs- FC- Publication | $575.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:      **$1,000.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:   Deborah R Stanisz | Bankruptcy Case No.: 18-16659<br>Chapter:            13<br>Judge:              Janet S. Baer |

# CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Deborah R Stanisz
494 E Vallette Street
Elmhurst, IL 60126

Vasilios S. Sarikas                                 *(served via ECF Notification)*
The Sarikas Law Group, LLC
6616 W Cermak Road
Berwyn, IL 60402

Glenn B Stearns                                    *(served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee                                       *(served via ECF Notification)*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    3/31/2020        By:    /s/Kinnera Bhoopal
                (date)                  Kinnera Bhoopal
                                        Authorized Agent for Freedom Mortgage Corporation