**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Deborah R Stanisz |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: <u>Northern</u> | District of **Illinois** <br> **(State)** |
| Case number | 18-16659 |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 1-1

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX6682

**Date of payment change:**
Must be at least 21 days after date of this notice    12/1/2020

**New total payment:**
Principal, interest, and escrow, if any    $1,376.23

## Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
    _____

    Current escrow payment:    $ 497.37          New escrow payment:    $ 523.55

## Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

    ☒ No
    ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate:          %          New interest rate:          %

    Current principal and interest payment:    $ _____          New principal and interest payment:    $ _____

## Part 3:   Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment:    $ _____          New mortgage payment:    $ _____

Debtor 1     **Deborah R Stanisz** _____     Case number *(if known)* 18-16659
First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Kinnera  Bhoopal* _____     Date   10/30/2020 _____
  Signature

Print:     Kinnera                          Bhoopal _____     Title    Authorized Agent for Creditor _____
  First Name         Middle Name         Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road _____
  Number        Street
  Roswell              GA              30076 _____
  City                State            ZIP Code

Contact phone     (312) 348-9088 X5172                    Email    Kinnera.Bhoopal@mccalla.com

In Re:   Deborah R Stanisz

Bankruptcy Case No.: 18-16659
Chapter:        13
Judge:          Janet S. Baer

CERTIFICATE OF SERVICE

I, Kinnera  Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Deborah R Stanisz
494 E Vallette Street
Elmhurst, IL 60126

Vasilios S. Sarikas                          *(served via ECF Notification)*
The Sarikas Law Group, LLC
6616 W Cermak Road
Berwyn, IL 60402

Glenn B Stearns                              *(served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee                                 *(served via ECF Notification)*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   10/30/2020   By:   */s/Kinnera  Bhoopal*
                (date)              Kinnera  Bhoopal
                                    Authorized Agent for Creditor Freedom Mortgage
                                    Corporation

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

DEBORAH R STANISZ
494 E VALLETTE ST
ELMHURST IL 60126-4160

## Escrow Account Disclosure Statement

### Account Information

| Property Address: | 494 E VALLETTE ST |
| | ELMHURST IL 60126 |

| | |
|---|---|
| Statement Date: | **10/14/2020** |
| Current Payment Amount: | **$1,350.05** |
| **New Payment Amount:** | **$1,376.23** |
| **New Payment Effective Date:** | **12/01/2020** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $539.92.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,359.30 |
| - Required Minimum Balance | $819.38 |
| Surplus | $539.92 |

The required minimum balance is also known as the escrow cushion.  The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

**PART 1**

## Your Mortgage Payment

### Payment information beginning with your 12/01/2020 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $852.68 | $852.68 |
| Escrow Payment: | $497.37 | $523.55 |
| **Total Payment:** | **$1,350.05** | **$1,376.23** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.



## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $1,524.08 |
| Dec 2019 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $1,905.08 |
| Dec 2019 | $0.00 | $0.00 | | $1,905.08 |
| Jan 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $2,286.08 |
| Feb 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $2,667.08 |
| Mar 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $3,048.08 |
| Mar 2020 | $0.00 | $0.00 | | $3,048.08 |
| Apr 2020 | $497.37 | $854.40 | HOMEOWNERS | $2,691.05 |
| Apr 2020 | $0.00 | $116.37 | FHA MORTGAGE INSURANCE | $2,574.68 |
| May 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $2,955.68 |
| May 2020 | $0.00 | $0.00 | | $2,955.68 |
| Jun 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $3,336.68 |
| Jun 2020 | $0.00 | $1,858.84 | COUNTY TAX | $1,477.84 |
| Jul 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $1,858.84 |
| Aug 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $2,239.84 |
| Aug 2020 | $0.00 | $0.00 | | $2,239.84 |
| Sep 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $2,620.84 |
| Sep 2020 | $0.00 | $1,858.84 | COUNTY TAX | $762.00 |
| Oct 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $1,143.00 |
| Nov 2020 | $497.37 | $116.37 | FHA MORTGAGE INSURANCE | $1,524.00 |
| **Total** | **$5,968.44** | **$5,968.52** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($5,800.58) |
| Dec 2019 | $0.00 | $116.37 * | FHA MORTGAGE INSURANCE | ($5,916.95) |
| Dec 2019 | $0.00 | $116.37 | FHA MORTGAGE INSURANCE | ($6,033.32) |
| Jan 2020 | $2,398.56 | $116.37 | | ($3,751.13) |
| Feb 2020 | $955.54 | $116.37 | | ($2,911.96) |
| Mar 2020 | $462.06 | $116.37 * | | ($2,566.27) |
| Mar 2020 | $0.00 | $822.00 | HOMEOWNERS | ($3,388.27) |
| Apr 2020 | $1,374.43 | $116.37 * | | ($2,130.21) |
| Apr 2020 | $0.00 | $0.00 | | ($2,130.21) |
| May 2020 | $462.06 | $116.37 * | | ($1,784.52) |
| May 2020 | $0.00 | $2,047.18 | COUNTY TAX | ($3,831.70) |
| Jun 2020 | $462.06 | $113.86 * | | ($3,483.50) |
| Jun 2020 | $0.00 | $0.00 | | ($3,483.50) |
| Jul 2020 | $462.06 | $113.86 * | | ($3,135.30) |
| Aug 2020 | $462.06 | $113.86 * | | ($2,787.10) |
| Aug 2020 | $0.00 | $2,047.18 | COUNTY TAX | ($4,834.28) |
| Sep 2020 | $1,386.18 | $113.86 * | | ($3,561.96) |
| Sep 2020 | $0.00 | $0.00 | | ($3,561.96) |
| Oct 2020 | $0.00 | $113.86 * | E  FHA MORTGAGE INSURANCE | ($3,675.82) |
| Nov 2020 | $0.00 | $0.00 | E | ($3,675.82) |
| **Total** | **$8,425.01** | **$6,300.25** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.



**FREEDOM MORTGAGE**®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

DEBORAH R STANISZ
494 E VALLETTE ST
ELMHURST IL 60126-4160

## Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|

| | |
|---|---|
| Property Address: | 494 E VALLETTE ST |
| | ELMHURST IL 60126 |
| Statement Date: | **10/14/2020** |
| Current Payment Amount: | **$1,350.05** |
| **New Payment Amount:** | **$1,376.23** |
| **New Payment Effective Date:** | **12/01/2020** |

**PART 3**

### Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $822.00 |
| FHA MORTGAGE INSURANCE | $1,366.32 |
| COUNTY TAX | $4,094.36 |
| **Total Disbursements** | **$6,282.68** |

Freedom expects to pay $6,282.68 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $6,282.68 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$523.55** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,178.76 | $1,638.84 |
| Dec 2020 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $2,588.45 | $2,048.53 |
| Jan 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $2,998.14 | $2,458.22 |
| Feb 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $3,407.83 | $2,867.91 |
| Mar 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $3,817.52 | $3,277.60 |
| Apr 2021 | $523.55 | $822.00 | HOMEOWNERS | $3,519.07 | $2,979.15 |
| Apr 2021 | $0.00 | $113.86 | FHA MORTGAGE INSURANCE | $3,405.21 | $2,865.29 |
| May 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $3,814.90 | $3,274.98 |
| Jun 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $4,224.59 | $3,684.67 |
| Jun 2021 | $0.00 | $2,047.18 | COUNTY TAX | $2,177.41 | $1,637.49 |
| Jul 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $2,587.10 | $2,047.18 |
| Aug 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $2,996.79 | $2,456.87 |
| Sep 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $3,406.48 | $2,866.56 |
| Sep 2021 | $0.00 | $2,047.18 | COUNTY TAX | $1,359.30 | $819.38 * |
| Oct 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $1,768.99 | $1,229.07 |
| Nov 2021 | $523.55 | $113.86 | FHA MORTGAGE INSURANCE | $2,178.68 | $1,638.76 |
| | $6,282.60 | $6,282.68 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

**PART 4**

### What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $539.92. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.